

# United States District Court
# Eastern District of California

| VANBUREN LEMONS, M.D. |
|---|
Plaintiff(s)

Case Number: 2:24-cv-01118-DAD-CKD

V.

| AANS, INC., et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael A. Chabraja hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: American Association of Neurological Surgeons, Inc.

On November 5, 1992 (date), I was admitted to practice and presently in good standing in the State of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: July 9, 2024

Signature of Applicant: /s/ Michael A. Chabraja

**Pro Hac Vice Attorney**

Applicant's Name: Michael A. Chabraja
Law Firm Name: ICE MILLER
Address: 200 W. Madison Street, Suite 3500

City: Chicago   State: IL   Zip: 60606
Phone Number w/Area Code: (312) 726-8149
City and State of Residence: Lake Forest, IL
Primary E-mail Address: michael.chabraja@icemiller.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: William R. Warne
Law Firm Name: DOWNEY BRAND LLP
Address: 621 Capitol Mall, 18th Floor

City: Sacramento   State: CA   Zip: 95814
Phone Number w/Area Code: (916) 444-1000   Bar #: 141280

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 12, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT