1  ICE MILLER LLP
   MICHAEL A. CHABRAJA (*pro hac vice*)
2  ALEXANDER S. VALDES (*pro hac vice*)
   200 W. Madison Street, Suite 3500
3  Chicago, IL 60606
   Telephone:    312.726.8149
4  Facsimile:    312.726.7102
   michael.chabraja@icemiller.com
5  alex.valdes@icemiller.com

6  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
7  bwarne@downeybrand.com
   DARIA A. GOSSETT (Bar No. 316717)
8  dgossett@downeybrand.com
   621 Capitol Mall, 18th Floor
9  Sacramento, California 95814
   Telephone:    916.444.1000
10 Facsimile:    916.444.2100

11 Attorneys for Defendant,
   AMERICAN ASSOCIATION OF
12 NEUROLOGICAL SURGEONS, INC.

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| 16 | VANBUREN LEMONS, M.D., | Case No. 2:24-cv-01118-DAD-CKD |
|----|---|---|
| 17 | Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| 18 | v. | |
| 19 | AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS, INC.; and DOES 1 through 100, inclusive, | DATE SERVED: September 30, 2024 PROPOSED EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS: October 14, 2024 |
| 20 | | |
| 21 | Defendants. | Judge:   Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff VANBUREN LEMONS, M.D. ("Plaintiff"), through his attorneys, WILCOXEN CALLAHAM, LLP, by Daniel Wilcoxen, on the one hand, and Defendant AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS, INC. ("AANS" or "Defendant"), through its attorneys, DOWNEY BRAND LLP, by William R. Warne, on the other hand, that the time for Defendant to file a reply in support of Defendant's motion to dismiss the Amended Complaint be extended by 11 days from Thursday October 3, 2024, to and including Monday October 14, 2024.

This is Defendant's first request of this Court for an extension of time to file its reply in support of its motion to dismiss. Defendant requests this extension due to the fact that Defendant's counsel would like to further evaluate Plaintiff's response to Defendant's motion to dismiss (DKT No. 24.) The hearing date on Defendant's motion to dismiss has been vacated, so the proposed extension will not impact any upcoming court dates. (DKT No. 23.) Additionally, Defendant stipulated to a 10-day extension for Plaintiff to file a response to Defendant's motion to dismiss (DKT No. 21.)

Plaintiff's counsel Mr. Wilcoxen has graciously agreed to grant this requested continuance for the reasons set forth above.

DATED: September 30, 2024            DOWNEY BRAND LLP

By:   */s/ William R. Warne*
WILLIAM R. WARNE
DARIA A. GOSSETT
Attorneys for Defendants,
AMERICAN ASSOCIATION OF
NEUROLOGICAL SURGEONS, INC.

- AND –

ICE MILLER LLP
MICHAEL A. CHABRAJA (*pro hac vice*)
ALEXANDER S. VALDES (*pro hac vice*)
Attorneys for Defendants,
AMERICAN ASSOCIATION OF
NEUROLOGICAL SURGEONS, INC.