**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, ESQ. SBN: 54805
*dan@wilcoxenlaw.com*
BLAIR H. WIDDERS, ESQ. SBN 301741
*bwidders@wilcoxenlaw.com*
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiff,
VAN BUREN LEMONS, M.D.

<div align="center">

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| VAN BUREN LEMONS, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-01118-DAD-CKD<br><br>**PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES**<br><br>[Jury Trial Demanded]<br><br>Complaint filed: 04/12/2024<br>First Amended Complaint filed: 08/02/2024 |

In accordance with Rule 26(a) of the Rules of Civil Procedure, plaintiff, VAN BUREN LEMONS, M.D. ("Dr. LEMONS"), makes the following initial disclosures. These disclosures are based on information presently known and reasonably available to plaintiff and which plaintiff reasonably believes he may use in support of his claims and defenses. By providing these initial disclosures, plaintiff does not represent that he is identifying every witness, document, tangible thing, or computation relevant to this action. Continuing investigation and dicovery may cause plaintiff to amend these initial disclosures, including

<div align="center">

{00365884}
-1-
**PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES**

</div>

<div style="writing-mode: vertical-rl">WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816</div>

WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816

identifying other potential witnesses and documents and disclosing other pertinent information including information regarding computation of damages. Pursuant to Rule of Civil Procedure 26(e), plaintiff reserves the right to supplement these initial disclosures.

These disclosures are made without plaintiff waiving his right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including but not limited to privilege, relevancy, hearsay, undue burden, or confidentiality.

Every disclosure set forth below is subject to the above qualifications and limitations.

**A.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following is a list of individuals likely to have discoverable information that plaintiff may use to support his claims and defenses:

1.      Plaintiff, to be contacted through his counsel.

2.      Michael V. Hajjar, M.D., 6140 W. Curtisian Ave. #400, Boise, ID 83704. (208) 327-5600. Dr. Hajjar was the defendant in an Idaho lawsuit who complained in 2018 to defendant, AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS ("AANS"), regarding Dr. LEMONS' testimony as an expert witness criticizing Dr. Hajjar's treatment of the plaintiff.

3.      James R. Bean, M.D., 1760 Nicholasville Rd., Ste. 301, Lexington, KY 40503. (859) 277-6143. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

4.      Craig A. VanDerVeer, M.D., 1130 N. Church St., Ste. 200, Greenboro, NC 27401. (336) 272-4578. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated

WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816

December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

5.      Richard N. Wohns, M.D., 1519 3rd Street SE, Puyallup, WA 98372. (259) 841-8939. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

6.      Holly S. Gilmer, M.D., 29275 Northwestern Hwy., Ste. 100, Southfield, MI 48034. (248) 784-3667. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

7.      William T. Couldwell, M.D., 175 N. Medical Dr., Salt Lake City, UT 84132. (801) 585-7575. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

8.      Alex B. Valadka, M.D., 5323 Harry Hines Blvd., Dallas, TX 75390. (214) 648-3111. Member of AANS' Professional Conduct Committee who participated in the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be suspended from AANS for one year.

9.      Marc R. Mayberg, M.D., 908 Jefferson St., 5th Floor, Seattle, WA 98104. (204) 744-9943. Member of AANS' Professional Conduct Committee who participated in the

1  October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of the
2  Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019 in
3  which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be
4  suspended from AANS for one year.

5    10.   Alan M. Scarrow, M.D., 1229 E. Seminole St., Ste. 220, Springfield, MO 65804.
6  (417) 820-5150. Member of AANS' Professional Conduct Committee who participated in
7  the October 20, 2019 hearing regarding Dr. LEMONS' criticisms of Dr. Hajjar's treatment of
8  the Idaho plaintiff and then co-authored the subsequent Report dated December 16, 2019
9  in which the recommendation was made to AANS' Board of Directors that Dr. LEMONS be
10  suspended from AANS for one year.

11    11.   Person(s) Most Knowledgeable at AANS regarding the members of AANS'
12  Board of Directors on November 21, 2020. Those members of AANS' Board of Directors
13  voted to adopt the Professional Conduct Committee's recommendation to suspend Dr.
14  LEMONS for one year on November 21, 2020.

15    12.   Person(s) Most Knowledgeable at AANS regarding persons at AANS
16  responsible for publishing of AANS Neurosurgeon in February 2021. On February 2, 2021,
17  the fact of and AANS' pretexts for suspending Dr. LEMON were published to the internet
18  by way of publishing in *AANS Neurosurgeon*.

19    13.   Person(s) Most Knowledgeable at AANS regarding publishing of *AANS*
20  *Neurosurgeon* in February 2021. On February 2, 2021, the fact of and AANS' pretexts for
21  suspending Dr. LEMON were published to the internet by way of publishing in *AANS*
22  *Neurosurgeon*.

23    14.   Person(s) Most Knowledgeable at AANS regarding Bylaws, Code of Ethics,
24  Rules for Neurosurgical Medical/Legal Expert Opinion Services, and Procedural Guidelines
25  of the Professional Conduct Committee of the American Association of Neurological
26  Surgeons in 2021. The omission of AANS' intent to publish suspensions to ther internet
27  from AANS' Bylaws, Code of Ethics, Rules for Neurosurgical Medical/Legal Expert Opinion
28  Services, and Procedural Guidelines of the Professional Conduct Committee of the

WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816

American Association of Neurological Surgeons is central to Dr. LEMONS' claim that he never agreed to the subject publishing as a member of AANS.

15.     Michael F. Ball, McCormick Barstow, et al., LLP, P.O. Box 28912, Fresno, CA 93729-8912. (559) 433-1300. Knowledge regarding republication of the fact of and AANS' pretexts for suspending Dr. LEMONS in *Adam Williamson v. Lorenzo Aguilar, M.D., et al.*, Stanislaus County Superior Court case no.: CV-19-004681.

16.     David S. Kim, Deputy City Attorney, City of Sacramento, 915 I Street, Fourth Floor, Sacramento, CA 95814. (916) 808-5346. Knowledge regarding republication of the fact of and AANS' pretexts for suspending Dr. LEMONS in *Melissa Ratcliff v. Vance Chandler, et al.*, Sacramento County Superior Court case no.: 34-2020-00280743.

17.     Plaintiff attorneys in *Guzman v. Morning Star Trucking Company, LLC,* Sacramento County Superior Court case no.: 34-2018-00226841-CU-PA-GDS. Knowledge regarding Dr. LEMONS' disclosure of the fact of and AANS' pretexts for suspending him to his retaining attorney at a meeting prior to his deposition.

18.     Plaintiff attorneys in *Teresa Dart v. Carlos Moreno,* Sacramento County Superior Court case no.: 34-2020-00284948-CU-PA-GDS. Knowledge regarding Dr. LEMONS' disclosure of the fact of and AANS' pretexts for suspending him to his retaining attorney at a meeting prior to his deposition.

19.     Plaintiff attorneys in *William Abraham v. USAA*, an uninsured motorist arbitration action. Knowledge regarding Dr. LEMONS' disclosure of the fact of and AANS' pretexts for suspending him to his retaining attorney at a meeting prior to his deposition.

**B.     DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS**

The following is a description of documents in the possession, custody, and control of plaintiff through their counsel, which plaintiff may use to support his claims and defenses:

1.     Report of the Professional Conduct Committee of the American Association of Neurological Surgeons, to AANS Board of Directors, dated December 16, 2019.

///

WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816

2.      Printout from Google dated February 2, 2021, showing AANS' publication of the fact of and AANS' pretexts for suspending Dr. LEMONS.

3.      Defendant's Trial Brief dated April 19, 2023, from *Adam Williamson v. Lorenzo Aguilar, M.D., et al.*, Stanislaus County Superior Court case no.: CV-19-004681.

4.      Amended Notice of Taking Deposition of Dr. Vanburen Lemons and Request for Production of Documents at Deposition dated October 12, 2023, from *Melissa Ratcliff v. Vance Chandler, et al.*, Sacramento County Superior Court case no.: 34-2020-00280743.

5.      Bylaws of the American Association of Neurological Surgeons.

6.      AANS Code of Ethics.

7.      AANS' Rules for Neurosurgical Medical/Legal Expert Opinion Services.

8.      Procedural Guidelines of the Professional Conduct Committee of the American Association of Neurological Surgeons.

9.      The AANS Professional Conduct Program summary document.

**C.      COMPUTATION OF DAMAGES**

1.      Damages for harm to Dr. LEMONS' business, to be determined and supplemented thereon.

2.      Expenses that Dr. LEMONS had to pay because of the defamatory statements, to be determined and supplemented thereon.

3.      Damages for the harm to Dr. LEMONS' reputation, to be determined and supplemented thereon.

4.      Emotional distress damages for the harm to LEMONS' reputation, as well as shame, mortification, and hurt feelings that he suffered, to be determined by the factfinder.

**D.      LIABILITY INSURANCE**

Unknown to plaintiff, believed to be known to defendant.

Dated: October 4, 2024                    **WILCOXEN CALLAHAM, LLP**

By: ___*Blair H. Widders*_____
                        DANIEL E. WILCOXEN
                        BLAIR H. WIDDERS
                        Attorney for Plaintiff,
                        VAN BUREN LEMONS, M.D.

WILCOXEN CALLAHAM, LLP
2114 K Street, Sacramento, CA 95816